_____

No. 96-3257
_____

United States of America,          *
                                    *
          Appellee,                 *
                                    *   Appeal from the United States
     v.                             *   District Court for the
                                    *   Northern District of Iowa.
Edward J. Woods,                    *
                                    *        [UNPUBLISHED]
          Appellant.               *

_____

          Submitted:  February 28, 1997

             Filed:   March 17, 1997
_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.
_____

PER CURIAM.


     Edward J. Woods appeals the 72-month sentence imposed by the district
court[1] after he pleaded guilty to two counts of being a felon, and a person
previously committed to a mental institution, in possession of firearms,
in violation of 18 U.S.C. §§ 922(g), 924(a)(2).  Woods challenges the two-
level enhancement he received for possessing a destructive device, under
U.S. Sentencing Guidelines Manual § 2K2.1(b)(3) (1995).


     We do not believe the district court clearly erred in finding Woods
possessed the essential components and the intent to make a destructive
device.  See United States v. Williams, 97 F.3d 240, 243 (8th Cir. 1996)
(standard of review).  At sentencing, a special agent for the state fire
marshal's office  testified that Woods had

_____

     [1]The Honorable Michael J. Melloy, Chief Judge, United States
District Court for the Northern District of Iowa.

the necessary materials to manufacture an explosive device, and could easily have done so; and the government introduced evidence that Woods had made bombs in the past, intended to do so in the future, and owned books detailing how to make bombs. See U.S. Sentencing Guidelines Manual § 2K2.1, comment. (n.4)("destructive device" includes combination of parts designed or intended for use in converting device into destructive device such as explosive or incendiary bomb); cf. United States v. Holden, 61 F.3d 858, 860 (1st Cir. 1995) (per curiam) (unassembled land mine constituted "destructive device" under U.S.S.G. § 2K2.1(b)(3); defendant had all necessary components, and no evidence he could not have readily constructed device). We therefore conclude the district court properly applied the enhancement.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.